UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                           DATE: June 28, 2000

**CIVIL NO. 98-2176 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===============================================================

| MICHAEL MYERS et al <u>Attorneys</u>: | Zuleika Llovet Zurinaga |
| | Jairo Mellado |
| Plaintiff | |
| v. | |
| JOSE GARCIA PEREZ | Raul Varandela Velazquez |
| Defendants | |

===============================================================

    INITIAL SCHEDULING CONFERENCE was held today. The parties advised the Court that settlement has not been discussed but that they are willing to engage in settlement discussions. The parties further advise the Court that discovery has commenced and that there are two motions regarding discovery pending resolution by the Court. The Court announces that the motions are under consideration.

    The Court establishes the following case-management schedule, calculating all terms as of July 3, 2000:

    - Plaintiff has thirty (30) days to identify its expert witness and sixty (60) more days to serve its Fed. R. Civ. Proc. 26 expert report.

    - Once Plaintiff has identified its expert witness, Defendant has thirty (30) days to identify its own expert and sixty (60) days thereafter to serve its expert witness report.

    - All discovery must be completed in two hundred and ten (210).

    - Dispositive motions must be filed thirty (30) days thereafter.

- Pretrial conference is scheduled for April 26, 2001, at 4:30 p.m.

The Court has been generous in establishing discovery deadlines. Accordingly, extensions of time for discovery or filing of dispositve motions will only be granted in extraordinary circumstances.

*[signature]*
LAW CLERK

s/c: Counsel of record

N:\MINUTES\98-2176 mem