UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

Plaintiff(s)

v.  CIVIL NUMBER: 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 07/11/00<br>Title: Motion for Leave to Reply to Opposition, etc.<br>Docket: 36<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| Date Filed: 05/15/00<br>Title: Request for Extension of Time<br>Docket: 30<br>[x] Plffs   [ ] Defts   [ ] Other | MOOT. |

Date: 09/08/00

JAY A. GARCIA-GREGORY
U.S. District Judge