# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

    **Plaintiff(s)**

       **v.**                        **CIVIL NUMBER:** 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Second Motion Requesting Order to Compel Discovery, etc. (04/12/00); Motion for Order to Compel Production of Documents (06/08/00); Further Motion for Order to Compel Production of Documents (08/24/00); and Third Motion to Compel Discovery and for Extension of Time to File Expert Report (08/31/00) <br><br> **Dockets:** 27, 32, 40 & 42 | Dockets 27, 32, 40 and 42 are referred for disposition to Magistrate Justo Arenas. |

**Date:** 09/29/00

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

s/c· (3)

OCT - 6 2000