IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al.,

Plaintiffs

v.                                                                          CIVIL 98-2176 (JAG)

ARNOLD BENUS SILVA, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Second Motion Requesting Order to Compel Discovery and for Sanctions Pursuant to Rule 37 of the Fed. R. Civ. P., 04-12-00. | 27 | Request No. 2 - Granted.<br>Request No. 3 - Vague. Plaintiff will rephrase the request to make it more intelligible.<br>Request No. 4 - To be answered as to Restaurant Ballena and Concha Corp.<br>Request No. 7 - The requested documents are to be produced.<br>Request No. 8 - Same as 7.<br>Request No. 9 - Same as 7.<br>Request No. 10 - Same as 7.<br>Request No. 11 - Irrelevant. |
| Defendants' Opposition to Plaintiffs' Second Motion to Compel Discovery, 04-28-00. | 28 | Noted. |



AO 72
(Rev 8/82)

CIVIL 98-2176 (JAG)                              2

| | | |
|---|---|---|
| Defendants' Motion for Order to Compel Production of Documents, 06-08-00. | 32 | Request No. 2 - The requested documents are to be produced except for Lake House, Inc.<br>Request No. 4 - Same as 2.<br>Request No. 19 - Same as 2. |
| Plaintiffs' Opposition to Motion for Order to Compel Production of Documents, 06-28-00. | 35 | Noted. |
| Defendants' Further Motion for Order to Compel Production of Documents, 08-24-00. | 40 | Request Nos. 7, 12, 16, 17, are to be complied with. |
| Plaintiffs' Third Motion to Compel Discovery and for Extension of Time to File Expert Report, 08-31-00. | 42 | Denied. |
| Motion to Clarify Proceedings, 10-11-00. | 47 | Noted. |
| Motion Re: Vacations, 11-01-00. | 48 | Noted. |

In San Juan, Puerto Rico, this 8th day of December, 2000.

*[signature]*

JUSTO ARENAS
United States Magistrate Judge