UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date Filed:** 03/28/01
**Title:** Motion Leave to File Exhibits in Spanish    **GRANTED** as requested.
**Docket(s):** 56
[ ] Plff(s)   [x] Dft(s)   [ ] Other

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( )
attys/pts
in ICMS