UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

   Plaintiff(s)

   v.                                CIVIL NUMBER: 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/16/01<br>**Title:** Request for Extension of Time<br>**Docket(s):** 58<br>[ x ] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

