UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MICHAEL MYERS, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/07/01<br>**Title:** Request for Extension of Time<br>**Docket(s):** 60<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** If plaintiffs have not yet filed the reply they shall have until June 8, 2001 to do so. |

Date: May 29, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge