## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS a/k/a
MICHAEL UHL-MYERS, ET AL

**Plaintiff(s)**

CIVIL NO.   98-2176 (JAG)

v.

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

### ORDER

All dispositive motions in this care are referred to Magistrate-Judge Justo Arenas for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


