IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al.,

Plaintiffs

v.                                          CIVIL 98-2176 (JAG)

ARNOLD BENUS SILVA, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Request for Additional Extension of Time 07-20-01. | 69 | Granted. |

In San Juan, Puerto Rico, this 30th day of July, 2000.

JUSTO ARENAS
United States Magistrate Judge

