UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

    **Plaintiff(s)**

v.                                       **CIVIL NUMBER:** 98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/29/02<br>**Title:** Motion for Leave to Reply and Tendering Reply to Defendants' Objections to the Magistrate Judge's Report and Recommendation<br>**Docket(s):** 77<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | Leave to reply is **granted**. |

Date: February 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge