UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

**Plaintiff(s)**

v.                                      CIVIL NO.   98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion to Compel Defendants to Comply with Plaintiffs' Request for Production of Documents No. 9 (by plaintiffs, 06/08/01)<br>**Docket(s):** 63 | **DENIED.** |
| **Title:** Request for Leave to File Facsimile Copy of Statement Pursuant to 28 USC § 1746 Michael Myers (by plaintiffs, 08/02/01)<br>**Docket(s):** 72 | **GRANTED.** |

[ ] Plff(s)   [x] Dft(s)   [ ] Other

Date:  March 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge