CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 APR -8  AM 11: 07

RECEIVED AND FILED

MICHAEL MYERS, ET AL

**Plaintiff(s)**

v.   CIVIL NO.   98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/19/02<br>**Title:** Request for Leave to File Reply to Opposition to Plaintiffs' Request to Strike Defendants' Statement<br>**Docket(s):** 82 | **GRANTED.** |

[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other

Date: April 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge