IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NO.    98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

**Defendant(s)**

---

**PARTIAL JUDGMENT**

Upon Motion for Voluntary Dismissal filed by plaintiff Heidi Uhl-Myers, her cause of action is dismissed without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of May 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge