UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

    **Plaintiff(s)**

        v.                      CIVIL NO.   98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/22/02<br>**Title:** Motion for Voluntary Dismissal of Plaintiff Heidi UHL-Myer's Cause of Action<br>**Docket(s):** 87 | **GRANTED.** Partial Judgment shall issue dismissing plaintiff Heidi Uhl-Myers' cause of action with prejudice. |

[ X ] Plff(s)   [ ] Dft(s)   [ ] Other

Date: May 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge