UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al.,

**Plaintiffs**

v.                                       Civil No. 98-2176 (JAG)

ARNOLD BENUS SILVA, et al.,

**Defendants**

---

**ORDER**

The Motion for Reconsideration (Docket No. 86) filed by defendant is **DENIED** as to the Court's lack of jurisdiction and continuance of trial date. Trial shall be advanced to July 22, 2002 in order to afford an opportunity to Mr. Nelson Rodríguez to testify prior to leaving Puerto Rico. No continuances shall be granted. This Order moots plaintiffs' motion for extension to oppose motion for reconsideration (Docket No. 90).

With respect to the outstanding discovery by plaintiffs, the Court has ordered in an Opinion and Order issued today, that plaintiffs must comply on or before June 17, 2002.

Defendants' Opposition to Motion for Voluntary Dismissal (Docket No. 92) is **MOOT**. The Court has entered Partial Judgment dismissing Heidi Uhl-Myers' claims with prejudice. The rest of the opposition is **DENIED**.

Civil No. 98-2176 (JAG)                                                    2

With respect to plaintiffs' Motion to Deposit in Court Pursuant to Fed. R. Civ. 67 (Docket No. 89), defendants are ordered to file a response with courtesy copy to Chambers on or before June 6, 2002 at 5:00 p.m. or the motion shall be granted.

The Court encourages the parties and their counsel to engage in good faith settlement negotiations prior to pretrial and trial.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of June 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge