## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al.,

**Plaintiffs**

v.                                        **Civil No.** 98-2176 (JAG)

ARNOLD BENUS SILVA, et al.,

**Defendants**

---

### PARTIAL JUDGMENT

Based on the Opinion and Order issued on this date, the Court enters judgment as follows:

(1)  Defendants Restaurant Ballena, Inc. ("Ballena") and Concho Corporation ("Concho") are liable to plaintiffs Michael Myers and Suzanne Uhl-Myers ("the Myers") for breach of the "Agreement for the Management of a Corporation" executed by them on March 19, 1996.

(2)  Defendant Arnold Benus Silva ("Benus") is not liable to the Myers.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of June 2002.

JAY A. GARCIA GREGORY
U.S. District Judge