UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**　　　　　　　　　　DATE: JUNE 6, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**　　　　CASE NO. CIV. 98-2176 (JAG)

===================================================================

MICHAEL MYERS　　　　　　　　　　ATTORNEYS:

　　VS

ARNOLD BENUS SILVA

By Order of the Court the jury trial in the above-mentioned case is hereby reset to July 22, 2002 at 9:30 AM and the pretrial is set for July 11, 2002 at 4:00 PM. Parties are hereby informed that the jury selection will be held before the Magistrate Gustavo Gelpi on July 19, 2002 at 2:00 PM.

　　Parties to be notified.

　　　　　　　　　　　　　　　　　　　　Lily Alicea
　　　　　　　　　　　　　　　　　　　　Lily Alicea-Courtroom Deputy

S/cs to
Jury Clerk
Magistrate Gelpi
Courtroom Deputy
06/06/02
LEA



3