# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

    **Plaintiff(s)**

        **v.**

ARNOLD BENUS SILVA, ET AL

    **Defendant(s)**

**CIVIL NO.**    98-2176 (JAG)

| MOTION | ORDER |
|---|---|
| **Title:** Urgent Request for Adjudication or for a Hearing (by Benus, 05/31/02); Plaintiffs' Request to Strike Defendant's Statement or in the Alternative Permission to Amend Complaint (02/19/02) <br> **Docket(s):** 95, 79 | **MOOT.** See Docket No. 97. |
| **Title:** Motion for Extension of Time to Answer Defendants' Motion for Reconsideration (by Plaintiffs, 05/28/02) <br><br> **Docket(s):** 89 | **MOOT.** |

[ ] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other**

**Date:** June 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge