## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al

**Plaintiff(s)**

v.                                    CIVIL NO.   98-2176 (JAG)

ARNOLD BENUS SILVA, et al

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/31/02<br>**Title:** Urgent Request for Adjudication of a Hearing<br>**Docket(s):** 95 | **DENIED.** |

☐ Plaintiffs          ☐ Third Party
X Defendant(s)     ☐ Other

---

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File (02/19/02); Motion to Extend Time (05/28/02)<br>**Docket(s):** 79-2, 89-1 | **MOOT.** |

X Plaintiffs          ☐ Third Party
☐ Defendant(s)     ☐ Other

Date:  June 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

