UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: JULY 10, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CV. 98-2176 (JAG)

===============================================================

MICHAEL MYERS                              Attorneys:

         VS

ARNOLD BENUS

---

By Order of the Court the jury selection in the above-mentioned case set for July 19, 2002 is hereby advanced to Thursday, July 18, 2002 at 9:00 AM. The jury selection will be held before Magistrate Judge Gustavo Gelpi.

Proposed voir dire are to be filed on Wednesday, July 17, 2002 at noon with a courtesy copy to the Chambers of Magistrate Gelpi.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy

s/cs to
Magistrate Gelpi
Courtroom Deputy
Jury Clerk
07-10-02
LEA