UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, ET AL

    **Plaintiff(s)**

    v.                                                    CIVIL NO.    98-2176 (JAG)

ARNOLD BENUS SILVA, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/25/02<br>**Title:** Defendant's Response to Informative Motion Regarding Production of Documents<br>**Docket(s):** 104<br><br>[ ] Plff(s)    [ X ] Dft(s)    [ ] Other | **GRANTED.** |

Date: July 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

