IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, et al.

    **Plaintiffs,**

v.

ARNOLD BENUS SILVA, et al.

    **Defendants**

CIVIL NO. 98-2176(JAG)

---

### SETTLEMENT CONFERENCE REPORT

The Court met with counsel for a settlement conference. The parties have agreed to settle the case for $125,000, to be divided in two payments, as follows: (1) On **August 19, 2002**, defendants will pay plaintiffs the amount of $62,500; (2) On **August 18, 2003**, defendants will pay plaintiffs the amount of $62,500, plus 4% interest on the latter $62,500 amount.

The Court will retain jurisdiction over the case solely for the purpose of ensuring compliance of the parties's agreed-upon payment schedule. The parties will memorialize their accord in a settlement agreement, and they shall jointly file a motion for voluntary dismissal with prejudice, by **July 22, 2002**. They shall also deliver a courtesy copy of the motion to Chambers. The Court will enter judgment shortly thereafter.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of July, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge