# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MICHAEL MYERS, <u>et al.</u>

    **Plaintiffs,**                 **CIVIL NO.** 98-2176(JAG)

    **v.**

ARNOLD BENUS SILVA, <u>et al.</u>

    **Defendants**

RECEIVED AND FILED
2002 JUL 26 PM 12:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### JUDGMENT

Pursuant to the "Confidential Settlement Stipulation and Request for Dismissal with Prejudice" filed by the parties, the Court enters judgment dismissing the case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of July, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge


