IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MYERS a/k/a MICHAEL UHL-MYERS; Et als | |
|    Plaintiff | Civil No. 98-2176 (JAG) |
| vs. | Re: Breach of Contract; Tort |
| ARNOLD BENUS SILVA; Et als | TRIAL BY JURY |
|    Defendants | |

**ORDER**

Per the stipulation and agreement entered into between the parties on July 22, 2002, it is hereby Ordered that the amount of Nine Hundred Dollars ($900.00) consigned at the Clerk's Office regarding the fees of Mr. Nelson Rodríguez Figueroa, CPA for his taking of deposition be returned to Mellado & Mellado-Villarreal.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of August 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge

